UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-cr-00153-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| WILFREDO ANDUJAR (2) | ) | |

**THIS MATTER** is before the Court upon motion of the defendant, pro se, requesting that the Court reduce his sentence, which he is serving on home confinement. (Doc. No. 164).

The defendant states that he has repented from his past mistakes, desires to do better each day, and works six days a week to provide for his family. The circumstances noted by the defendant are not grounds for a reduction by this Court, which has limited authority to alter a sentence once it is imposed. 18 U.S.C. § 3582(c); Fed. R. Crim. P. 35.

**IT IS, THEREFORE, ORDERED** that the defendant's motion (Doc. No. 164) is **DENIED**.

Signed: May 3, 2021

Robert J. Conrad, Jr.
United States District Judge